UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re §
§
WOLFGANG HAESE and §
FREDERIKA MARIOZA HAESE, § Case No. 04-18107-m7
§
Debtors. §

### ORDER REQUIRING TRUSTEE TO ABANDON
### FIVE ACRES OF PROPERTY THAT IS OF INCONSEQUENTIAL
### VALUE AND BENEFIT TO THE ESTATE

On this date the Court has considered the Motion of the Debtors WOLFGANG HAESE and FREDERIKA MARIOZA HAESE for an Order of Abandonment of Five Acres of Property That is of Inconsequential Value and Benefit to the Estate ("the Motion"). After notice and an opportunity to be heard were afforded, no objections were filed. For good cause shown, the Motion is GRANTED. The Chapter 7 Trustee PHILIP MONTOYA is required to abandon any interest of the estate in the five acres, those being the same five-acre tract described by metes and bounds in this Court's Order of August 3, 2007 grating Debtor's Second Amended Motion to Avoid Lien pursuant to 11 U.S.C. § 522(f).

SO ORDERED.

MARK B. McFEELEY
United States Bankruptcy Judge

Submitted on September 17, 2007
E.P. BUD KIRK, Attorney for Debtors
6006 N. Mesa, Ste. 806
El Paso, TX 79912
Telephone: (915) 584-3773
Fax: (915) 581-3452

I certify that on September ___, 2007, I mailed a copy of this document to:

E.P. Bud Kirk
Attorney for Wolfgang Haese and Frederika Haese
6006 N. Mesa, Suite 806
El Paso, TX 79912
(915) 584-3773
(915) 581-3452 facsimile

United States Trustee
PO Box 608
Albuquerque, NM 87103-0608


Philip J. Montoya
Trustee
P.O. Box 159
Albuquerque, NM 87103

Wolfgang Haese
Frederika Haese
7545 El Centro
Las Cruces, NM 88012
(for all other parties who have requested notice:)

Bonnie B. Gandarilla
Moore & Berkson, P.C.
P.O. Box 216
Albuquerque, NM 87103

William L. Lutz
Martin, Lutz, Roggow, Hosford & Eubanks, P.C.
2110 N. Main
P.O. Drawer 1837
Las Cruces, NM 88004

2